# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| FRANK D. EDWARDS, #B72496 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 03 C 1269 |
| | ) | |
| OFFICER YARBROUGH, | ) | Judge Amy St. Eve |
| OFFICER POWELL, and | ) | |
| CALLIE BAIRD, Executive Director | ) | |
| of the Cook County Dept. of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

**FILED AUG 04 2004 JUDGE AMY ST. EVE United States District Court**

**DOCKETED AUG X 5 2004**

## STIPULATION TO DISMISS WITH PREJUDICE

The Plaintiff in this case, FRANK D. EDWARDS, #B72496, through his attorney, Matthew Heffner, and the Defendants, OFFICER YARBROUGH, OFFICER POWELL and CALLIE BAIRD, Executive Director of the Cook County Department of Corrections, through their attorney, Richard A. Devine, State's Attorney of Cook County, Illinois, and Michael Hartigan, Assistant State's Attorney, pursuant to settlement, stipulate to the dismissal of this cause of action with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1).

PLAINTIFF:

FRANK EDWARDS #B72496

By: _____ Date: 8/04/04
Matthew Heffner, Attorney for Plaintiff

1

DEFENDANTS:

OFFICER YARBROUGH, OFFICER POWELL and CALLIE BAIRD, Executive Director of the Cook County Department of Corrections

By: _____  Date: 8-4-04
Michael R. Hartigan
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312)603-3469